**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-00200-JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
|  | ) | **HEARING** |
| RITA ESMERALDA GONZALEZ, | ) |  |
| Defendant. | ) |  |

Defendant, Rita Esmeralda Gonzalez, through her counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Carlos Singh, stipulate and agree to continue the status hearing date of May 8, 2006 to June 26, 2006 at 1:30 p.m.

Ms. Gonzalez was on supervised release for a case out of the Southern District of California.  The probation office filed a petition alleging that Ms. Gonzalez violated three conditions of her supervised release, one condition being that she illegally reentered the United States after deportation.  On March 24, 2006, jurisdiction was transferred to the Northern District of California and Ms. Gonzalez's case was assigned to the Court.  The government plans to file an illegal reentry charge in this district and will be producing a copy of Ms. Gonzalez's immigration file to defense counsel.  The parties need additional time to discuss the potential new charges before Ms. Gonzalez's supervised release case can be resolved.  Therefore, the

1 | parties stipulate and agree that this case should be continued until June 26, 2006.

2 |     Because this case involves an allegation that Ms. Gonzalez violated a condition of her
3 | supervised release and has yet to be charged as a new offense, the Speedy Trial Act does not
4 | apply and the parties need not request an exclusion of time.

6 | May 4, 2006                                          _____/S/_____
7 |                                                      ANGELA M. HANSEN
                                                     Assistant Federal Public Defender

9 | May 4, 2006                                          _____/S/_____
10 |                                                   CARLOS SINGH
                                                  Assistant United States Attorney



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00200-JW |
| Plaintiff, | ) | [PROPOSED] ORDER TO |
| v. | ) | CONTINUE STATUS HEARING |
| RITA ESMERALDA GONZALEZ, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of May 8, 2006 is continued until June 26, 2006 at 1:30 p.m.

Dated: May 5, 2006

_____
HONORABLE JAMES WARE
United States District Judge

3

1  Distribute to:

2

3  Ms. Angela M. Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Mr. Carlos Singh
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26