BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant GONZALEZ

*IT IS SO ORDERED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00200-JW |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO CONTINUE STATUS** |
| ) | **HEARING** |
| ) | |
| RITA ESMERALDA GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant, Rita Esmeralda Gonzalez, through her counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Carlos Singh, stipulate and agree to continue the status hearing date of July 17, 2006 to September 18, 2006 at 1:30 p.m. for change of plea and sentencing.

    Ms. Gonzalez was on supervised release for a case out of the Southern District of California. The probation office filed a petition alleging that Ms. Gonzalez violated three conditions of her supervised release, one condition being that she illegally reentered the United States after deportation. On March 24, 2006, jurisdiction was transferred to the Northern District of California, and Ms. Gonzalez's case was assigned to the Court. The government plans to file an illegal reentry charge in this district and has recently produced a copy of Ms. Gonzalez's immigration file to defense counsel. The parties need additional time to discuss the potential new charges before Ms. Gonzalez's supervised release case can be resolved. Therefore, the

1  parties stipulate and agree that this case should be continued until September 18, 2006 at 1:30
2  p.m. The parties anticipate that Ms. Gonzalez's case will be resolved on that date and therefore
3  request that the Court set this case for possible disposition.
4      Because this case involves an allegation that Ms. Gonzalez violated a condition of her
5  supervised release and because Ms. Gonzalez has yet to be charged with a new offense, the
6  Speedy Trial Act does not apply and the parties need not request an exclusion of time.

7

8  July 12, 2006                                                                        /S/
                                                                                    ANGELA M. HANSEN
9                                                     Assistant Federal Public Defender

10

11 July 12, 2006                                                                         /S/
                                                                                    CARLOS SINGH
12                                                    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-00200-JW |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER TO |
| v. | ) | CONTINUE STATUS HEARING |
| | ) | |
| | ) | |
| RITA ESMERALDA GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of July 17, 2006 is continued until September 18, 2006 at 1:30 p.m. for possible disposition. Because this case involves an allegation that Ms. Gonzalez violated a condition of her supervised release, the Speedy Trial Act does not apply.

Dated: July 14, 2006

_____
HONORABLE JAMES WARE
United States District Judge

3

1 | Distribute to:
2 |
3 | Ms. Angela M. Hansen
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Mr. Carlos Singh
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States

4